# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 03-04336 DDP (RZx) | Date | April 14, 2008 |

Title    MICHAEL MARLO -V- UNITED PARCEL SERVICE, INC., a corporation

Present: The Honorable    **DEAN D. PREGERSON, U.S. DISTRICT JUDGE**

| Sheila English | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John A. Furutani | George W. Abele |
| Mark Peters | Kirby Collette Wilcox |

Proceedings:

   HEARING RE: ISSUE OF DECERTIFICATION (COURT ORDERED 04-03-08)


Court hears oral argument and takes the matter under submission.


|   | 0 0 | : | 37 |
|---|---|---|---|
| Initials of Preparer | | | SE |