**FILED**

UNITED STATES COURT OF APPEALS

AUG 18 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL MARLO, an individual,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>Defendant - Appellee. | No. 08-80087<br><br>D.C. No. 2:03-cv-04336-DDP<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 1 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: CANBY and LEAVY, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's May 19, 2008 order decertifying the class. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

AT/MOATT