JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARLO, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED PARCEL SERVICE, INC., a corporation, and DOES 1 to 100, inclusive<br><br>　　　　Defendants. | CASE NO. CV 03-04336 DDP (RZx)<br><br>**JUDGMENT** |

　　　　This action was brought by Michael Marlo against his former employer, United Parcel Service, Inc.  Plaintiff asserted five claims for relief against UPS:  (1) violation of California Labor Code § 1198;  (2) failure to pay overtime compensation;  (3) violation of California Business and Professional Code § 17200;  (4) failure to provide required meal, rest and break periods;  and (5) declaratory relief.  Marlo asserted that he worked alternately as a Hub Supervisor, a Preload Supervisor, or an On-Road Supervisor during the entirety of the relevant period, May 6, 1999 through November 12, 2008.  All of Marlo's claims are based on the allegation that UPS misclassified him as an "exempt" employee under Industrial Welfare Commission Order No. 9-2001 Regulating Wages, Hours,

Working Conditions in the Transportation Industry, and therefore improperly denied him compensation for overtime and missed meal and rest periods.

After a jury trial and post-trial motions, IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. Plaintiff's claim for Declaratory Relief is moot. See Dkt. No. 870.

2. For the periods of time that Marlo held the position of Hub Supervisor, judgment is entered in favor of Plaintiff Michael Marlo and against Defendant United Parcel Service, Inc., on all of the remaining claims for relief asserted in the complaint;

3. For the periods of time that Marlo held the position of Preload Supervisor, judgment is entered in favor of Plaintiff Michael Marlo and against Defendant United Parcel Service, Inc., on all of the remaining claims for relief asserted in the complaint;

4. For the periods of time that Marlo held the position of On Road Supervisor, judgment is entered in favor of Defendant United Parcel Service, Inc., and against Plaintiff Michael Marlo on all of the remaining claims for relief asserted in the complaint;

5. Judgment is entered in favor of Plaintiff Michael Marlo and against Defendant United Parcel Service, Inc., in the following amounts:

| Hub Supervisor – Overtime | $103,749.67 |

| | |
|---|---|
| Hub Supervisor – Meal and Rest Period Payments | $ 10,045.62 |
| Hub Supervisor – Restitution under B&P Code 17200 | $ 71,151.00 |
| Preload Supervisor – Overtime | $ 26,752.91 |
| Preload Supervisor – Meal and Rest Period Payments | $ 22,444.65 |
| Prejudgment Interest on Meal and Rest Period Payments | $ 15,290.00 |
| TOTAL CURRENT JUDGMENT | $249,433.85 |

6. The issue of attorneys' fees and costs will be resolved by separate motion.

DATED: July 02, 2009

_____
DEAN D. PREGERSON
United States District Judge