# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 03-04336 DDP (RZx) | Date | August 10, 2009 |
| Title | MICHAEL MARLO -V- UNITED PARCEL SERVICE, INC., a corporation | | |

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark Peters | Kirby Collette Wilcox<br>George W. Abele |

Proceedings:

PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS (FILED ON 07-18-09)

Court hears oral argument and takes the matter under submission.

0 0  :  21

Initials of Preparer    JAC